**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TERRELL CARR, | ) | NO. CV 10-9076-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| COURTNEY & RIVERA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 12, 2011

*/s/ S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE